IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Jerome Young
Plaintiff,

vs.

City of Mobile
Defendant(s)

Civil Action No. 1:17-cv-024-WS-C

FILED JAN 13 '17 PM 4:22 USDC ALS

## COMPLAINT

1. Plaintiff resides at 2102 N Gimon Cir

2. Name(s) of defendant(s) City of Mobile

3. Location of principal office(s) of the named defendant(s) 2460 Government Blvd Mobile, Alabama, 36606

4. Nature of business of defendant(s) A Police Department

5. Approximate number of individuals employed by defendant(s) Over 500.00

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) _____ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) ✓ Other acts as specified below: Letter of Reprimand - They say that I attempt to deceive my Supervisor, when I entered any false statement or Report, when I sign the Log Book.

7. Plaintiff is:

   (A) _yes_ Presently employed by the defendant.

   (B) ____ Not presently employed by the defendant.

   The dates of employment were _____

   (1) _No_ Plaintiff was discharged.

   (2) _No_ Plaintiff was laid off.

   (3) _No_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) _B_ Race                    _M_ Sex

       _B_ Color                   ____ National Origin

       _No_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) ____ Physical disability

       ____ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) _No_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Two White Male Chief of Police James H Barber And Sergeant Christopher Levy And Other_

10. The alleged discrimination occurred on or about _August 8, 2016_

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows:

The Individuals Who have opposed unlawful Act on me of Discriminated, And Retaliation is the City of Mobile And the Mobile police Department, After I File That Law Case against Them They have gave me A hard Time on my Job By Taking everything From me As A Supervisor.

12. The alleged illegal activity took place at Inside of the Property Room

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about Discriminated And Retaliation I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 10-17-2016

14. I seek the following relief:

(A) _____ Recovery of back pay.

(B) _____ Reinstatement to my former job, and any other relief as may be appropriate,

including injunctive orders, damages, costs and attorney's fees.

Date: 1-13-2017

Signature of Plaintiff: Jerome Young

Address of Plaintiff: 2102 N Gimon CIR, Mobile, ALA, 36605

Telephone Number of Plaintiff: 251 654-6717

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jerone Young<br>Post Office Box 50442<br>Mobile, AL 36605 | From: Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2016-01147 | ARLENE A. GORCEY, Investigator | (251) 690-2177 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Erika LaCour, 10-14-16
Local Office Director    (Date Mailed)

Enclosures(s)

cc: **MOBILE POLICE DEPARTMENT**
Wanda Rahman, Counsel
2460 Government Street.
Mobile, AL 36606

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS**   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS**   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION**   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE**   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>425-2016-01147 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Jerone Young | Home Phone (Incl. Area Code)<br>(251) 654-6717 | Date of Birth<br>11-27-1957 |
|---|---|---|
| Street Address<br>Post Office Box 50442, Mobile, AL 36605 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>MOBILE POLICE DEPARTMENT | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(251) 208-1700 |
|---|---|---|
| Street Address<br>2460 Government Street., Mobile, AL 36606 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-01-2016   Latest: 09-02-2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am Black. I was hired by the Respondent on July 26, 216 as a Maintenance Technician; however, I was subsequently appointed as the Maintenance Supervisor in 2008. In 2015 I filed a race, (Black) discrimination complaint against the Respondent. Since then I have been disciplined.

On August 9, 2016, I was given a letter of reprimand for a mistake I made on the logbook. I deny that allegation. I'm made to sign in and out the maintenance vehicle keys every time I need to use it. The previous Maintenance Supervisor James Ward (White) was not made to do that.

I have been retaliated and discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

Continued on page 2

*EEOC Mobile RECEIVED SEP 22 2016*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Sep 22, 2016      *Jerone Young*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA <br> [X] EEOC | 425-2016-01147 |

_____ and EEOC
State or local Agency, if any

"The police department has not been treating me like a Supervisor. The Charge that was against me was a rule for the police officers not me. I did not know there rule and they took role call sheet from me for the other two workers that I supervise. All I do now is work like the other workers that is wrong. It violates my Civil Rights. They changed all of the keys to the storage room and told me that they would be giving out all of the supplies to the cleaning service and to the people inside of the building. They have been taken everything that other White Supervisors are doing from me and that is wrong. I asked for a take home vehicle or truck but they have never given one. I don't think that's right. "

EEOC Mobile
RECEIVED SEP 2 2 2016

| I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Sep 22, 2016 _____ *[signature]* <br> Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |