# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JERONE YOUNG, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 1:17-cv-24-TFM-MU |
| CITY OF MOBILE, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims are hereby **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 56(a).

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 27th day of February 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE